AO 241 (Rev. 5/85)

ORIGINAL

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District OF DELAWARE |
|---|---|
| Name JAMES G. TRUMP SR | Prisoner No. SBI#00210237  Case No. 05-323 |

Place of Confinement
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977

Name of Petitioner (include name under which convicted)   Name of Respondent (authorized person having custody of petitioner)

JAMES G. TRUMP SR    v.    THOMAS CARROLL, WARDEN

The Attorney General of the State of:

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   SUPERIOR COURT, NEW CASTLE CO.
   WILMINGTON, DELAWARE

2. Date of judgment of conviction  JULY 9, 1998

3. Length of sentence  225 YEARS

4. Nature of offense involved (all counts)
   15 COUNTS - FIRST DEGREE UNLAWFUL
              SEXUAL INTERCOURSE

   FILED
   MAY 23 2005
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

5. What was your plea? (Check one)
   (a) Not guilty     ☒
   (b) Guilty         ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury       ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241    (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court DELAWARE SUPERIOR COURT

   (b) Result CONVICTION UP HELD

   (c) Date of result and citation, if known TRUMP V STATE 753 A2d 963 (DEL. 2000)

   (d) Grounds raised INEFFECTIVE ASSISTANCE OF COUNSEL
   INSUFFICIENT EVIDENCE
   IMPROPER VOUCHING

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court DELAWARE SUPREME COURT

   (2) Result DENIED

   (3) Date of result and citation, if known

   (4) Grounds raised SAME

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court

   (2) Result

   (3) Date of result and citation, if known

   (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court DELAWARE SUPERIOR COURT

    (2) Nature of proceeding RULE 61 POST CONVICTION RELIEF

    (3) Grounds raised INEFFECTIVE ASSISTANCE OF COUNSEL
    PROSECUTORIAL MISCONDUCT
    IMPROPER VOUCHING

(3)

AO 241   (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result PETITION DENIED

    (6) Date of result Nov. 14. 2003

(b) As to any second petition, application or motion give the same information:

    (1) Name of court U.S. DISTRICT COURT OF DELAWARE

    (2) Name of proceeding HABEAS CORPUS PURSUANT TO 28 USC § 2254

    (3) Grounds raised IN SUFFICIENT EVIDENCE, UNCHARGED PRIOR OFFENSE, IMPROPER CROSS, IMPROPER VOUCHING

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result WITHDREW MOTION

    (6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.   Yes ☒   No ☐
    (2) Second petition, etc.  Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241   (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

*[handwritten: JAC]*

A.  Ground one: SEE ATTACHED

Supporting FACTS (state *briefly* without citing cases or law):

SEE ATTACHED

B.  Ground two: SEE ATTACHED

Supporting FACTS (state *briefly* without citing cases or law):

SEE ATTACHED

(5)

AO 241   (Rev. 5/85)

    C. Ground three:

    Supporting FACTS (state *briefly* without citing cases or law):

    D. Ground four:

    Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

BOTH GROUNDS BECAUSE IT WOULD BE FUTILE TO PRESENT GROUNDS AGAINST SOMEONE TO THAT SAME PERSON TO BE DECIDED FAIRLY AND WITHOUT PREJUDICE

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing   UNKNOWN — HEARING WAIVED

    (b) At arraignment and plea   RAIMOND OTLOWSKI

(6)

AO 241   (Rev. 5/85)

(c) At trial  RAYMOND OTLOWSKI, ASST. PUBLIC DEFENDER STATE OFFICE BLDG., 820 N. FRENCH ST. WILM, DE 19801

(d) At sentencing  SAME

(e) On appeal  SAME

(f) In any post-conviction proceeding  PRO SE

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence: 225 YEARS

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

5/2/05
Date

_____
Signature of Petitioner

(7)



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE  19801-3570