NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED
U.S. C.A. 3rd

## U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER:_____
                                    (leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

JAMES G. TRUMP SR _petitioner_

DISTRICT COURT
DOCKET NUMBER: 05-323-KAJ

v.

THOMAS CARROLL, WARDEN, RESPONDENT

DISTRICT COURT
JUDGE: KENT A. JORDAN

Notice is hereby given that ___JAMES G TRUMP SR___
                                    (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [  ] Judgment, [X] Order,

[  ] Other (specify) ___DISMISSING HABEAS CORPUS RELIEF___

___PURSUANT TO 28 U.S.C § 2254___

entered in this action on _June 16, 2005_ .
                              (date)

DATED:_____

_James M Trump Sr_
(Counsel for Appellant-Signature)

JAMES G TRUMP JR
(Name of Counsel - Typed)

1151 PADDOCK RD. D C.C.
(Address)

Smyrna DE 19773

_____
(Telephone Number)

THOMAS E. BROWN DB 3278
(Counsel for Appellee)

STATE OFFICE BUILDING
(Address)
820 N FRENCH STREET
WILMINGTON, DE 19801

302-577-8500
_____
(Telephone Number)

**NOTE:  USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the
        Notice of Appeal sheet.