# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT


RECEIVED U.S.C.A. 3rd

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-323-KAJ

JAMES G. TRUMP SR, petitioner

v.

DISTRICT COURT
JUDGE: KENT A. JORDAN

THOMAS CARROLL, WARDEN, respondent

Notice is hereby given that __JAMES G TRUMP SR__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) __DISMISSING HABEAS CORPUS RELIEF__

__PURSUANT TO 28 U.S.C. § 2254__

entered in this action on __June 16, 2005__
(date)

DATED: _____

__James M Trump Sr__
(Counsel for Appellant-Signature)

JAMES G TRUMP JR
(Name of Counsel - Typed)

1181 PADDOCK RD. D.C.C.
(Address)

SMYRNA DE 19977

(Telephone Number)

Thomas E. Brown DA 3278
(Counsel for Appellee)

STATE OFFICE BUILDING
(Address)
820 N FRENCH STREET
WILMINGTON, DE 19801

302-577-8500
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.