FPS-421                                                August 5, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-3464**

Trump vs. Carroll
(Delaware Civil No. 05-cv-00323)

Present:    Marcia M. Waldron,  Clerk

Submitted is Appellant's statement in support of request to proceed <u>in forma pauperis</u>, which is treated as a motion for leave to appeal <u>in forma pauperis</u>, pursuant to Rule 24, Federal Rules of Appellate Procedure;

in the above-captioned case.

MMW/ghb
_____O R D E R _____

The foregoing motion to proceed in forma pauperis is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: August 11, 2005
CRG/cc: Mr. James G. Trump Sr.
        Thomas E. Brown, Esq.



A True Copy:

Marcia M. Waldron, Clerk